IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SONYA VICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-0910-CV-W-DW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 31). The parties stipulate and agree that the above-captioned cause of action may be dismissed *with prejudice*. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. This case is closed.

Date:   January 9, 2007                                         /s/ DEAN WHIPPLE
                                                                Dean Whipple
                                                                United States District Court